| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA, §
§
       Plaintiff, §
§
versus §    NO. 9:23-CR-8-7-MAC
§
LADDARUS PERKINS, §
§
       Defendant. §

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Stetson conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. Judge Stetson recommended that the court accept the Defendant's guilty plea. She further recommended that the court adjudge the Defendant guilty on Counts One and Seventeen of the Indictment filed against the Defendant.

The parties have not objected to Judge Stetson's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Laddarus Perkins, is adjudged guilty as to Counts One and Seventeen of the Indictment charging violations of 21 U.S.C. §

846 - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and 18 U.S.C. 922(g)(1) – Possession of a Firearm by a Prohibited Person.

SIGNED at Beaumont, Texas, this 2nd day of November, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE